912

No. 462. RHODES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Samuel D. Lopinsky* and *Arthur T. Ciccarello* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 463. ORNATO *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Edward P. Good* for petitioner.

No. 466. INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied. *Lowell Goerlich* and *Harold A. Cranefield* for petitioners. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondents.

No. 468. RITHOLZ *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Ernest Goodman* for petitioner. *Paul L. Adams,* Attorney General of Michigan, and *Samuel J. Torina,* Solicitor General, for respondent.

No. 469. ALEXANDER *v.* BUCKEYE CELLULOSE CORP. C. A. 6th Cir. Certiorari denied. *Jac Chambliss* for petitioner. *Frank F. Dinsmore, Richard W. Barrett* and *William D. Spears* for respondent.

No. 476. MONCRIEF ET AL. *v.* PASOTEX PETROLEUM Co. C. A. 10th Cir. Certiorari denied. *Luther Bohanon* and *Dee J. Kelly* for petitioners. *George N. Otey* for respondent.